UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL KANU,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WARDEN LINDSEY, LEACH,<br>MICHAEL MOORE, PANARELLO,<br>SGT. BRYAN, MS. APT, GOETTER, ATKINS,<br>OFFICER WACKOO, C.E.C.,<br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    No. 2:13-cv-6451 |

### **O R D E R**
**Defendants' Motion for Summary Judgment, ECF No. 58 - Granted**
**Plaintiff's Motion for Summary Judgment, ECF No. 68 - Denied**
**Plaintiff's Motion to Compel, ECF No. 69 - Denied**
**Plaintiff's Motion for Order, ECF No. 75 - Denied**

**AND NOW,** this 17th day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, ECF No. 58, is **GRANTED**;

2. Plaintiff's Motion for Summary Judgment, ECF No. 68, is **DENIED**;

3. Plaintiff's Motion to Compel, ECF No. 69, is **DENIED as moot**;

4. Plaintiff's Motion for Order, ECF No. 75, is **DENIED as moot**;

5. Judgment is **ENTERED** in favor of all Defendants and against Plaintiff; and

6. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge